# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:21-CV-025-KDB-DCK

| | |
|---|---|
| **JERRY WAYNE BAXTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **RANDALL LEE NEAL, SR., JOSHUA LEE** ) | |
| **CRAIG, BRIAN MATTHEW BLACK, and** ) | |
| **CHUCK LEE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Deem Proposed Protective Order Timely Filed" (Document No. 10) filed August 9, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Deem Proposed Protective Order Timely Filed" (Document No. 10) is **GRANTED**.

**SO ORDERED**.

Signed: August 10, 2021

David C. Keesler
United States Magistrate Judge