# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Jerry Wayne Baxter**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00025-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Randall Lee Neal Sr. | ) | |
| Joshua Lee Craig | ) | |
| Brian Matthew Black | ) | |
| Chuck Lee**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the September 20, 2022 Jury Verdict.

September 20, 2022

_____
Frank G. Johns, Clerk
United States District Court