**FROM:**

Jerry Baxter
2599 Sorrells Baxter Rd.
Cherryville NC 28021

**TO:**

U.S. District Court
Western District
Charlotte Division
401 West Trade Street
Room 216
Charlotte NC 28202

RECEIVED
Charlotte, NC

NOV 17 2022

Clerk, US District Court
Western District NC

U.S. POSTAGE PAID
FCM LG ENV
CHERRYVILLE, NC
28021
NOV 14, 22
AMOUNT
$2.16
R2305K142758-04

**Utility Mailer
10 1/2" x 16"**

